RALPH OYAGUE, Appellant, v STEVEN O. SCHWARTZ, M.D., P.C., Respondent, et al., Defendant.

Submitted July 23, 2012; decided September 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD VAN STEENBURG, Appellant.

Decided September 11, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (see NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

Judge GRAFFEO taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEMETRIO LIFRIERI, Appellant, v WILLIAM A. LEE, Respondent.

Submitted July 2, 2012; decided September 11, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

SALVATORE PIRO et al., Respondents, v JERZY MACURA, Appellant, et al., Defendant.

Submitted July 16, 2012; decided September 11, 2012

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.